# Court of Appeals
# of the State of Georgia

ATLANTA,  July 02, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1920.  IN THE INTEREST OF L. D., a child.**

The parties in the above-referenced appeal have filed a consent motion for this Court to remand the case to the juvenile court. On June 14, 2019, this Court issued an opinion, remanding two related cases, which involved L. D.'s parents and sibling, to the juvenile court for further proceedings with direction.[1] Given that the proceedings on remand in those cases are likely to affect the disposition of this appeal, the parties' consent motion is GRANTED and this case is REMANDED to the trial court for further proceedings consistent with our June 14, 2019 opinion.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/02/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*

---

[1] *See In the Interest of D. D., a child (Father)*, Case No. A19A0678 (Decided June 14, 2019); *In the Interest of D. D., a child (Mother)*, Case No. A19A0679 (Decided June 14, 2019).